Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-31068 (ABA)**

Chad E. Zeigler and Crystal A. Zeigler  
660 Crawford Road  
Cape May, NJ  08204

Monthly Payment: $800.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2021 | $825.00 | 02/22/2021 | $825.00 | 03/18/2021 | $825.00 | 04/16/2021 | $825.00 |
| 05/17/2021 | $825.00 | 07/12/2021 | $425.00 | 07/29/2021 | $800.00 | 08/23/2021 | $825.00 |
| 09/28/2021 | $825.00 | 11/02/2021 | $825.00 | 11/18/2021 | $400.00 | 11/29/2021 | $400.00 |
| 12/15/2021 | $450.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHAD E. ZEIGLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,800.00 | $2,800.00 | $0.00 | $2,800.00 |
| 1 | AMERICAN EXPRESS | 33 | $10,835.56 | $1,454.19 | $9,381.37 | $948.75 |
| 2 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $14,659.33 | $1,967.36 | $12,691.97 | $1,283.55 |
| 5 | NEW REZ, LLC | 24 | $11.00 | $11.00 | $0.00 | $11.00 |
| 6 | CAPE MAY VETERINARY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $12,752.33 | $1,711.43 | $11,040.90 | $1,116.57 |
| 8 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DSNB AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER BANK | 33 | $4,664.48 | $626.00 | $4,038.48 | $408.41 |
| 11 | DUBELL LUMBER COMPANY, INC. | 33 | $63,584.49 | $8,533.35 | $55,051.14 | $5,567.35 |
| 12 | EISENBERG, GOLD & AGRAWL, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | IC SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $665.69 | $89.34 | $576.35 | $58.29 |
| 15 | MIDLAND FUNDING, LLC | 33 | $7,649.63 | $1,026.62 | $6,623.01 | $669.79 |
| 16 | PIERCE GUYON SHOCZOLEK PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REAL TIME RESOLUTIONS, INC. | 33 | $37,300.91 | $5,005.96 | $32,294.95 | $3,266.00 |
| 19 | SYNCB/AMERICAN EAGLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,093.59 | $415.18 | $2,678.41 | $270.87 |
| 21 | SYNCB/OLD NAVY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/TOYSRUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | 33 | $179.38 | $24.07 | $155.31 | $15.71 |
| 25 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | TD BANK USA, N.A. | 33 | $4,571.58 | $613.53 | $3,958.05 | $400.28 |
| 27 | TD RETAIL CARD SERVICES | 33 | $323.55 | $43.42 | $280.13 | $28.33 |
| 28 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CRYSTAL A. ZEIGLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | DISCOVER BANK | 33 | $1,592.33 | $213.70 | $1,378.63 | $139.42 |
| 33 | MIDLAND FUNDING, LLC | 33 | $7,989.39 | $1,072.21 | $6,917.18 | $699.54 |
| 34 | JERSEY CENTRAL POWER AND LIGHT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SCHENCK PRICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | THOMAS A. WHELIHAN, ESQUIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 15.00 | $0.00 |
| 02/01/2020 | Paid to Date | $12,000.00 |
| 03/01/2020 | 44.00 | $800.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,075.00 |
| Total paid to creditors this period: | $17,683.86 |
| Undistributed Funds on Hand: | $1,145.00 |
| Arrearages: | $475.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**