Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-31068 (ABA)

Chad E. Zeigler and Crystal A. Zeigler
660 Crawford Road
Cape May, NJ  08204

Monthly Payment: $800.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $825.00 | 02/07/2022 | $825.00 | 03/08/2022 | $425.00 | 04/18/2022 | $625.00 |
| 05/17/2022 | $625.00 | 06/14/2022 | $425.00 | 06/29/2022 | $500.00 | 07/12/2022 | $500.00 |
| 08/08/2022 | $525.00 | 08/22/2022 | $425.00 | 09/19/2022 | $500.00 | 10/17/2022 | $825.00 |
| 11/01/2022 | $425.00 | 12/13/2022 | $1,025.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHAD E. ZEIGLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,800.00 | $2,800.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $10,835.56 | $1,962.39 | $8,873.17 | $505.44 |
| 2 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $14,659.33 | $2,654.89 | $12,004.44 | $683.81 |
| 5 | BANK OF AMERICA, N.A. | 24 | $11.00 | $11.00 | $0.00 | $0.00 |
| 6 | CAPE MAY VETERINARY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $12,752.33 | $2,309.53 | $10,442.80 | $594.86 |
| 8 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DSNB AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER BANK | 33 | $4,664.48 | $844.77 | $3,819.71 | $217.59 |
| 11 | DUBELL LUMBER COMPANY, INC. | 33 | $63,584.49 | $11,515.56 | $52,068.93 | $2,966.00 |
| 12 | EISENBERG, GOLD & AGRAWL, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | IC SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $665.69 | $120.56 | $545.13 | $31.05 |
| 15 | MIDLAND FUNDING, LLC | 33 | $7,649.63 | $1,385.40 | $6,264.23 | $356.83 |
| 16 | PIERCE GUYON SHOCZOLEK PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REAL TIME RESOLUTIONS, INC. | 33 | $37,300.91 | $6,755.43 | $30,545.48 | $1,739.96 |
| 19 | SYNCB/AMERICAN EAGLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,093.59 | $560.27 | $2,533.32 | $144.31 |
| 21 | SYNCB/OLD NAVY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/TOYSRUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | 33 | $179.38 | $32.49 | $146.89 | $8.36 |
| 25 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | TD BANK USA, N.A. | 33 | $4,571.58 | $827.94 | $3,743.64 | $213.25 |
| 27 | TD RETAIL CARD SERVICES | 33 | $323.55 | $58.59 | $264.96 | $15.09 |
| 28 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CRYSTAL A. ZEIGLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | DISCOVER BANK | 33 | $1,592.33 | $288.38 | $1,303.95 | $74.28 |
| 33 | MIDLAND FUNDING, LLC | 33 | $7,989.39 | $1,446.93 | $6,542.46 | $372.67 |
| 34 | JERSEY CENTRAL POWER AND LIGHT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SCHENCK PRICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | THOMAS A. WHELIHAN, ESQUIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 15.00 | $0.00 |
| 02/01/2020 | Paid to Date | $12,000.00 |
| 03/01/2020 | 44.00 | $800.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,475.00 |
| Total paid to creditors this period: | $7,923.50 |
| Undistributed Funds on Hand: | $936.85 |
| Arrearages: | $1,600.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**