**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Chad E. Zeigler | Social Security number or ITIN   xxx–xx–9118 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Crystal A. Zeigler | Social Security number or ITIN   xxx–xx–1392 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–31068–ABA | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chad E. Zeigler                                          Crystal A. Zeigler
                                                         aka Crystal A. Vona

10/11/23                                                 **By the court:** Andrew B. Altenburg Jr.
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Chad E. Zeigler  
Crystal A. Zeigler  
    Debtors

Case No. 18-31068-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 11, 2023      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chad E. Zeigler, Crystal A. Zeigler, 660 Crawford Road, Cape May, NJ 08204-4403 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | The Bank Of New York Mellon FKA The Bank Of New Yo, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517830062 | + | Cape May Veterinary Hospital, 694 Petticoat Creek Lane, Cape May, NJ 08204-4320 |
| 517878301 | + | DuBell Lumber Company, Inc., 148 Route 70 East, Medford, NJ 08055-2373 |
| 517830067 | + | DuBell Lumber Company, Inc., Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 517830068 | + | Eisenberg Gold and Agrawal, 1040 North Kings Highway, Cherry Hill, NJ 08034-1925 |
| 517830072 | + | Pierce Guyon Shoczolek PA, 9700 Pacific Avenue, Wildwood Crest, NJ 08260-3334 |
| 518262960 | + | Schenck Price, 220 Park Avenue, PO Box 991, Florham Park, NJ 07932-0991 |
| 517830083 | | TD RCS/Littman Jewelers, 10000 Macarthur Boulevard, Mahwah, NJ 07430 |
| 517988258 | + | The Bank Of New York Mellon FKA The Bank Of New Yo, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 518262961 | + | Thomas A. Whelihan, Esquire, The Whelihan Law Firm, LLC, 1999 Marlton Pike East, Suite Four, Cherry Hill, NJ 08003-1825 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 11 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 11 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517830058 | | EDI: WFFC.COM | Oct 12 2023 00:57:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 517854722 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 11 2023 21:07:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517830057 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:18:41 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517891490 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:19:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517830060 | + | EDI: BANKAMER.COM | Oct 12 2023 00:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517830059 | + | EDI: BANKAMER.COM | Oct 12 2023 00:57:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517910515 | + | EDI: BANKAMER2.COM | Oct 12 2023 00:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517830061 | + | EDI: LCIBAYLN | Oct 12 2023 00:57:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Miami, FL 33146-1873 |

Case 18-31068-ABA   Doc 69   Filed 10/13/23   Entered 10/14/23 00:19:04   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 517918834 | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:19:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517910494 | + Email/Text: RASEBN@raslg.com | Oct 11 2023 21:06:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517830064 | + EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517830065 | EDI: DISCOVER.COM | Oct 12 2023 00:57:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 517830066 | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 517843715 | EDI: DISCOVER.COM | Oct 12 2023 00:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517830069 | + EDI: LCIICSYSTEM | Oct 12 2023 00:57:00 | IC Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 518262959 | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 11 2023 21:06:00 | Jersey Central Power and Light, PO Box 3687, Akron, OH 44309 |
| 517830063 | EDI: JPMORGANCHASE | Oct 12 2023 00:57:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 517830070 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 11 2023 21:05:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517935051 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 21:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517830071 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 21:07:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517830073 | EDI: PRA.COM | Oct 12 2023 00:57:00 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 517941774 | EDI: PRA.COM | Oct 12 2023 00:57:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517946495 | Email/Text: bkdepartment@rtresolutions.com | Oct 11 2023 21:07:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517830074 | + Email/Text: bkdepartment@rtresolutions.com | Oct 11 2023 21:07:00 | Real-Time Resolutions, 1750 Regal Row, Dallas, TX 75235-2289 |
| 517830075 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Syncb/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 517830076 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 517830077 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 517830078 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Syncb/Toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 517830079 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 517832486 | + EDI: AIS.COM | Oct 12 2023 00:57:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517830080 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank/Amazon, PO Box 965013, Orlando, FL 32896-5013 |
| 517830081 | + EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank/MC, PO Box 965005, Orlando, FL 32896-5005 |
| 517936143 | + Email/Text: bncmail@w-legal.com | Oct 11 2023 21:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517830082 | + | EDI: WTRRNBANK.COM | Oct 12 2023 00:57:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 517892558 | + | EDI: CBSTDR | Oct 12 2023 00:57:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517941373 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2023 21:06:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517858696 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 11 2023 21:06:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518733722 |   | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2023 21:06:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518733723 |   | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2023 21:06:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519559218 |   | EDI: BANKAMER.COM | Oct 12 2023 00:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, et al., C/O Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 519559219 | + | EDI: BANKAMER.COM | Oct 12 2023 00:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, et al., C/O Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785, THE BANK OF NEW YORK MELLON FKA THE BANK, C/O Bank of America, N.A. 33631-3785 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518190569 |   | DuBell |
| cr | *+ | DuBell Lumber Company, Inc., 148 Route 70 East, Medford, NJ 08055-2373 |
| 517948912 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor DuBell Lumber Company Inc. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Brian S. Thomas | on behalf of Plaintiff Chad E. Zeigler brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Crystal A. Zeigler brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Plaintiff Crystal A. Zeigler brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Debtor Chad E. Zeigler brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HY11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Steven P. Kelly | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2006-HY11) skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor to JPmorgan Chase Bank, N.A., As trustee For The CertificateHolders of CWHEQ Revolving Home Equity Loan Trust, Series 2006-C skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11